IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BILLY TYLER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:16CV71 |
| | ) | |
| V. | ) | |
| | ) | |
| TIMOTHY HIMES, Omaha Assistant City Attorney, | ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) ) | |

On April 29, 2016, the court ordered Plaintiff to file an amended complaint by May 31, 2016 or face dismissal of this action. (Filing No. 7.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by separate document.

DATED this 6th day of June, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge